UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
CASE NO. 16-62329-CIV-DIMITROULEAS

SPENCER AMADON, on behalf
of himself and all others similarly
situated,

    Plaintiffs,

vs.

CORAL SPRINGS
DELIVERY DUDES LLC,

    Defendant.
_____/

## DEFENDANT CORAL SPRINGS DELIVERY DUDES, LLC'S NOTICE OF SETTLEMENT

Defendant, CORAL SPRINGS DELIVERY DUDES, LLC gives notice to the Court that the parties have reached a settlement of this matter.   The parties request that the Court permit them time to complete a settlement agreement.

    Respectfully Submitted,

    LANGBEIN & LANGBEIN, P.A.
    Counsel for CSDD
    8181 NW 154th Street, Suite 105
    Miami Lakes, FL 33016
    Tel:  (305) 556-3663
    Fax: (305) 556-3647
    Email:  langbeinpa@bellsouth.net

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of the foregoing was filed electronically on 6/1/17 through CM/ECF and that a copy of the foregoing will be served via notification through CM/ECF on all counsel or parties of record on the attached service list:

    By: <u>Leslie W. Langbein</u>
        Leslie W. Langbein, Esq.
        Fla. Bar No. 305391

## SERVICE LIST

Daniel R. Levine, Esq.
E-mail: DRL@PBL-Law.com
Padula Bennardo Levine, LLP
101 Plaza Real South, Suite 207
Boca Raton, FL 33432
Telephone: (561) 544-8900
Facsimile: (561) 544-8999
Counsel for Plaintiff

Leslie W. Langbein, Esquire
E-Mail: langbeinpa@bellsouth.net
Langbein & Langbein, P.A.
8181 NW 154$_{th}$ Street, Ste. 105
Miami Lakes, FL 33016
Telephone: (305) 556-5663
Facsimile: (305) 556-3647
Counsel for CSDD